PHILLIP A. TALBERT
United States Attorney
ANTONIO J. PATACA
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

FILED

Oct 06, 2022

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JUAN CARLOS RUIZ JR,<br>   AKA "GOER";<br>ANGEL SANCHEZ,<br>   AKA "MOUSE";<br>ALMA SANCHEZ;<br>█████████████<br>SOSTENES QUINTERO LOPEZ,<br>   AKA "SOSTENES QUINTERO",<br>   AKA "CHAPARRO"; AND<br>JAVIER ALFONSO LOPEZ LOPEZ,<br><br>Defendants. | CASE NO.   1:22-cr-00267 JLT-SKO<br><br>21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and to Possess with Intent to Distribute Methamphetamine; 21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine and Cocaine (6 Counts); 21 U.S.C. § 841(a)(1) & 18 U.S.C. § 2 – Distribution of Methamphetamine and Aiding and Abetting (9 Counts); 21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine (2 Counts); 18 U.S.C. §§ 371, 922(a)(1)(A) – Conspiracy to Deal Firearms without a License; 18 U.S.C. § 922(a)(1)(A) – Dealing Firearms without a License; 18 U.S.C. § 1952(a)(3) – Use of an Interstate Facility in Aid of Racketeering (2 Counts); 21 U.S.C. §§ 846, 841(a)(1) – Manufacture and Attempted Manufacture of Methamphetamine (2 Counts); 18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) – Criminal Forfeiture |

I N D I C T M E N T

<u>COUNT ONE</u>: [21 U.S.C. §§ 846, 841(a)(1) – Conspiracy to Distribute and Possess with Intent to Distribute Methamphetamine]

The Grand Jury charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER";
ANGEL SANCHEZ,
AKA "MOUSE"; AND
ALMA SANCHEZ,

INDICTMENT                                  1

defendants herein, beginning on a date unknown, but not later than on or about November 17, 2020, and continuing through on or about May 19, 2022, in the Counties of Fresno and Kings, State and Eastern District of California, and elsewhere, did knowingly and intentionally conspire and agree with each other, and with persons known and unknown to the Grand Jury, to distribute and to possess with intent to distribute a Controlled Substance, in violation of Title 21 United States Code, Sections 846 and 841(a)(1).

It is further alleged that the defendants conspired to distribute and possess with intent to distribute 50 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

COUNT TWO: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER";

defendant herein, on or about November 17, 2020, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

COUNT THREE: [21 U.S.C. § 841(a)(1), 18 U.S.C. § 2 – Distribution of Methamphetamine and Aiding and Abetting]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER"; AND
ANGEL SANCHEZ,
AKA "MOUSE";

defendants herein, on or about January 5, 2021, in the County of Kings, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, and aid and abet the distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

INDICTMENT

2

It is further alleged that the offense involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(C) and Title 18, United States Code, Section 2.

COUNT FOUR: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER",

defendant herein, on or about January 14, 2021, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

COUNT FIVE: [21 U.S.C. § 841(a)(1) – Distribution of Cocaine]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER",

defendant herein, on or about January 21, 2021, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense involved a mixture and substance containing a detectable amount of cocaine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

///

///

///

///

///

INDICTMENT

3

COUNT SIX: [21 U.S.C. § 841(a)(1), 18 U.S.C. § 2 – Distribution of Methamphetamine and Aiding and Abetting]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER";
ANGEL SANCHEZ,
AKA "MOUSE",

defendants herein, on or about February 2, 2021, in the County of Kings, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, and aid and abet the distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the offense involved 5 grams or more of methamphetamine and 50 grams or more of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

COUNT SEVEN: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER",

defendant herein, on or about February 11, 2021, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense involved 50 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

///
///
///
///
///
///

INDICTMENT

4

COUNT EIGHT: [21 U.S.C. § 841(a)(1), 18 U.S.C. § 2 – Distribution of Methamphetamine and Aiding and Abetting]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER"; AND
ANGEL SANCHEZ,
AKA "MOUSE",

defendants herein, on or about March 3, 2021, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, and aid and abet the distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the offense involved a mixture and substance containing a detectable amount of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(C).

COUNT NINE: [21 U.S.C. § 841(a)(1), 18 U.S.C. § 2 – Distribution of Methamphetamine and Aiding and Abetting]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER"; AND
ANGEL SANCHEZ,
AKA "MOUSE"

defendants herein, on or about March 10, 2021, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, and aid and abet the distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the offense involved 50 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

//

//

//

INDICTMENT

5

COUNT TEN: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER",

defendant herein, on or about March 31, 2021, in the County of Kings, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense involved 5 grams or more of methamphetamine and 50 grams or more of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

COUNT ELEVEN: [21 U.S.C. § 841(a)(1), 18 U.S.C. § 2 – Distribution of Methamphetamine and Aiding and Abetting]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER"; AND
ANGEL SANCHEZ,
AKA "MOUSE"

defendants herein, on or about April 27, 2021, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, and aid and abet the distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the offense involved 5 grams or more of methamphetamine and 50 grams or more of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(B).

COUNT TWELVE: [21 U.S.C. § 841(a)(1) – Possession with Intent to Distribute Methamphetamine]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER",

defendant herein, on or about May 3, 2021, in the County of Fresno, State and Eastern District of

INDICTMENT

6

California, did knowingly and intentionally possess with intent to distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense involved 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

COUNT THIRTEEN: [21 U.S.C. § 841(a)(1), 18 U.S.C. § 2 – Distribution of Methamphetamine and Aiding and Abetting]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER";
ANGEL SANCHEZ,
AKA "MOUSE"
ALMA SANCHEZ,

defendants herein, on or about June 16, 2021, in the County of Kings, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, and aid and abet the distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the offense involved 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

COUNT FOURTEEN: [21 U.S.C. § 841(a)(1), 18 U.S.C. § 2 – Distribution of Methamphetamine and Aiding and Abetting]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER"; AND
ANGEL SANCHEZ,
AKA "MOUSE",

defendants herein, on or about December 8, 2021, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, and aid and abet the distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

INDICTMENT

7

It is further alleged that the offense involved 50 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

COUNT FIFTEEN: [21 U.S.C. § 841(a)(1), 18 U.S.C. § 2 – Distribution of Methamphetamine and Aiding and Abetting]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER";
ANGEL SANCHEZ,
AKA "MOUSE"
ALMA SANCHEZ,

defendants herein, on or about January 31, 2022, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, and aid and abet the distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the offense involved 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

COUNT SIXTEEN: [21 U.S.C. § 841(a)(1), 18 U.S.C. § 2 – Distribution of Methamphetamine and Aiding and Abetting]

The Grand Jury further charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER";
ANGEL SANCHEZ,
AKA "MOUSE",

defendants herein, on or about May 19, 2022, in the County of Fresno, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, and aid and abet the distribution of a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1) and Title 18, United States Code, Section 2.

It is further alleged that the offense involved 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

INDICTMENT

8

COUNT SEVENTEEN: 18 U.S.C. §§ 371, 922(a)(1)(A) – Conspiracy to Deal Firearms without a License

The Grand Jury charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER"; AND
ANGEL SANCHEZ,
AKA "MOUSE",

beginning on a date uncertain, but no later than on or about January 14, 2021, and continuing through on or about May 19, 2022, in Fresno and Kings County, State and Eastern District of California, and elsewhere, did knowingly conspire and agree with each other, and with persons known and unknown to the Grand Jury to willfully engage in the business of dealing in firearms without a license, in violation of Title 18, United States Code, Section 922(a)(1)(A).

In furtherance of the conspiracy and to accomplish its objects, the defendants committed and caused to be committed the following overt acts, among others, in the State and Eastern District of California and elsewhere:

(a) On or about the dates listed below, ANGEL SANCHEZ sold the following firearms to an undercover agent ("UC") or confidential source ("CS"):

///
///
///
///
///
///
///
///
///
///
///
///

INDICTMENT

9

| No. | Date Sold | Make. Model, and Serial Number | Amount | Seller |
|---|---|---|---|---|
| 1 | February 2, 2021 | Unknown model, unknown make, .223 caliber rifle, unknown serial number | $1,600 | SANCHEZ |
| 2 | March 10, 2021 | Unknown model, unknown make, .223/5.56 caliber rifle, unknown serial number | $1,750 | SANCHEZ |
| 3 | March 10, 2021 | Unknown model, unknown make, 9mm pistol, unknown serial number | $1,250 | SANCHEZ |
| 4 | December 8, 2021 | Unknown model, unknown make, 9mm pistol, unknown serial number | $1,000 | SANCHEZ |
| 5 | January 21, 2022 | Smith & Wesson, SW9VE, 9mm pistol, serial number PBZ4503 | $2,500 | SANCHEZ |
| 6 | January 21, 2022 | Unknown model, unknown make, 9mm pistol, unknown serial number | | |
| 7 | February 4, 2022 | Taurus, PT 24/7 G2, .40 caliber pistol, unknown serial number | $3,300 | SANCHEZ |
| 8 | February 4, 2022 | Unknown model, unknown make, .223/5.56 caliber rifle, unknown serial number | | SANCHEZ |
| 9 | February 17, 2022 | Unknown model, unknown make, 9mm pistol, unknown serial number | $2,300 | SANCHEZ |
| 10 | February 17, 2022 | Unknown model, unknown make, 9mm pistol, unknown serial number | | |

(b) On or about the dates listed below, JUAN CARLOS RUIZ JR sold the following firearms to an undercover agent ("UC") or confidential source ("CS"):

| No. | Date Sold | Make, Model, and Serial Number | Amount | Seller |
|---|---|---|---|---|
| 11 | March 3, 2021 | Smith & Wesson, M&P, .40 caliber pistol, unknown serial number | $1,250 | RUIZ |
| 12 | September 24, 2021 | Unknown model, unknown make, 9mm pistol, unknown serial number | $2,600 | RUIZ |
| 13 | September 24, 2021 | Unknown model, unknown make, 9mm pistol, unknown serial number | | |

(c) On or about March 3, 2021, and on or about September 24, 2021, ANGEL SANCHEZ provided protection and security for JUAN CARLOS RUIZ JR;

At no time did defendants ANGEL SANCHEZ and JUAN CARLOS RUIZ JR, or any other known co-conspirators, have a license to engage in the business of dealing in firearms under federal law,

INDICTMENT

as required by Title 18, United States Code, Section 923.

All in violation of Title 18, United States Code, Section 371.

COUNT EIGHTEEN:  [18 U.S.C. § 922(a)(1)(A), 2 – Dealing in Firearms Without a License and Aiding and Abetting]

The Grand Jury charges: T H A T

JUAN CARLOS RUIZ JR,
AKA "GOER"; AND
ANGEL SANCHEZ,
AKA "MOUSE",

defendant herein, beginning on a date uncertain, but no later than on or about January 14, 2021, and continuing through on or about May 19, 2022, in Fresno and Kings County, State and Eastern District of California, and elsewhere, without having received a license to engage in the business of dealing in firearms, as required by Title 18, United States Code, Section 923, did willfully engage in the business of dealing in firearms, and aid and abet such conduct, in violation of Title 18, United States Code, Section 922(a)(1)(A) and Title 18, United States Code, Section 2.

COUNT NINETEEN:  [18 U.S.C. § 1952(a)(3) – Use of an Interstate Facility in Aid of Racketeering]

The Grand Jury further charges: T H A T

SOSTENES QUINTERO LOPEZ,
AKA "SOSTENES QUINTERO",
AKA "CHAPARRO"; AND
JAVIER ALFONSO LOPEZ LOPEZ,

defendants herein, on or about June 18, 2022, within the State and Eastern District of California, did use a facility in interstate and foreign commerce, that is, a cellular telephone, with the intent to promote, manage, establish, carry on and facilitate the promotion, management, establishment and carrying on of an unlawful activity, specifically, a business enterprise involving controlled substances, and thereafter did perform and attempt to perform an act to promote, manage, establish and carry on, and to facilitate the promotion, management, establishment and carrying on of such unlawful activity, specifically, a business enterprise involving controlled substances, in violation of Title 18, United States Code, Sections 1952(a)(3) and 2.

//

INDICTMENT

11

COUNT TWENTY: [21 U.S.C. §§ 846, 841(a)(1) – Manufacture and Attempted Manufacture of Methamphetamine]

The Grand Jury further charges: T H A T

SOSTENES QUINTERO LOPEZ,
AKA "SOSTENES QUINTERO",
AKA "CHAPARRO"; AND
JAVIER ALFONSO LOPEZ LOPEZ,

defendants herein, beginning at a time unknown to the Grand Jury, but no later than on or about June 18, 2022, and continuing to no later than on or about August 6, 2022, that date being approximate and inclusive, in the County of Tulare, State and Eastern District of California, and elsewhere, did knowingly and intentionally manufacture and attempt to manufacture a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

It is further alleged that the offense involved 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

COUNT TWENTY-ONE: [21 U.S.C. § 841(a)(1) – Distribution of Methamphetamine]

The Grand Jury further charges: T H A T

SOSTENES QUINTERO LOPEZ,
AKA "SOSTENES QUINTERO",
AKA "CHAPARRO",

defendant herein, on or about August 6, 2022, in the County of Tulare, State and Eastern District of California, did knowingly and intentionally distribute a Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

It is further alleged that the offense involved 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

//

//

//

//

INDICTMENT

12

COUNT TWENTY-FOUR: [21 U.S.C. §§ 846, 841(a)(1) – Manufacture and Attempted Manufacture of Methamphetamine]

The Grand Jury further charges: T H A T

SOSTENES QUINTERO LOPEZ,
AKA "SOSTENES QUINTERO",
AKA "CHAPARRO",

defendant herein, beginning at a time unknown to the Grand Jury, but no later than on or about August

INDICTMENT                                                      13

7, 2022, and continuing to no later than on or about September 22, 2022, that date being approximate and inclusive, in the County of Kern, State and Eastern District of California, and elsewhere, did knowingly and intentionally manufacture and attempt to manufacture a controlled substance, in violation of Title 21, United States Code, Sections 846 and 841(a)(1).

It is further alleged that the offense involved 50 grams or more of methamphetamine and 500 grams or more of a mixture and substance containing methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(b)(1)(A).

FORFEITURE ALLEGATION: [18 U.S.C. § 981(a)(1)(C), 21 U.S.C. § 853(a), 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c) –Criminal Forfeiture]

1.    Upon conviction of one or more of the offenses alleged in Count One through Sixteen, Counts Twenty through Twenty-Two, and Twenty-Four of this Indictment, defendants Juan Carlos Ruiz Jr., aka "Goer", Angel Sanchez, aka "Mouse", Alma Sanchez, ██████████ Sostenes Quintero Lopez, aka "Sostenes Quintero", aka "Chaparro", and Javier Alfonso Lopez Lopez shall forfeit to the United States pursuant to Title 21, United States Code, Section 853(a), the following property:

    a.    All right, title, and interest in any and all property involved in violations of Title 21, United States Code, Section 841(a)(1), or conspiracy to commit such offenses, for which defendants are convicted, and all property traceable to such property, including the following: all real or personal property, which constitutes or is derived from proceeds obtained, directly or indirectly, as a result of such offenses; and all property used, or intended to be used, in any manner or part to commit or to facilitate the commission of the offenses.

    b.    A sum of money equal to the total amount of proceeds obtained as a result of the offenses, or conspiracy to commit such offenses, for which defendants are convicted.

2.    Upon conviction of the offenses alleged in Counts Seventeen and Eighteen of this Indictment, defendants Juan Carlos Ruiz Jr., aka "Goer" and Angel Sanchez, aka "Mouse" shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), any firearms and ammunition involved in or used in the knowing commission of the offenses.

INDICTMENT

14

3.      Upon conviction of the offenses alleged in Counts Nineteen and Twenty-Three of this Indictment, defendants SOSTENES QUINTERO LOPEZ, aka "Sostenes Quintero," and aka "Chaparro," JAVIER ALFONSO LOPEZ LOPEZ, and ███████████████ shall forfeit to the United States pursuant to Title 18, United States Code, Section 981(a)(1)(C) and Title 28, United States Code, Section 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to such offenses, or a conspiracy to commit such offenses.

4.      If any property subject to forfeiture, as a result of the offenses alleged in Counts One through Eighteen, Twenty through Twenty-Two, and Twenty-Four of this Indictment, for which defendants are convicted:

    a.      cannot be located upon the exercise of due diligence;

    b.      has been transferred or sold to, or deposited with, a third party;

    c.      has been placed beyond the jurisdiction of the Court;

    d.      has been substantially diminished in value; or

    e.      has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) and Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of defendants, up to the value of the property subject to forfeiture

A TRUE BILL.

/s/ Signature on file w/AUSA

_____
FOREPERSON

PHILLIP A. TALBERT
United States Attorney

**KIRK E. SHERRIFF**
_____
KIRK E. SHERRIFF
Assistant U.S. Attorney
Chief, Fresno Office

INDICTMENT

15